IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LARRY K. CHRISTIANSEN and<br>MICHELLE C. CHRISTIANSEN,<br><br>        Defendants. | Case No. 8:13CR58<br><br>**FINDINGS AND RECOMMENDATION<br>AND ORDER** |

    A hearing was held on August 21, 2013, on defendant Larry K. Christiansen's Motion to Suppress Warrants (#25) and Motion to Suppress (#27). Defendant Michelle C. Christiansen was allowed to join the motions. At the conclusion of the hearing, I stated my conclusions on the record and my decision to recommend that both motions to suppress be denied. In accordance with that announcement,

    **IT IS RECOMMENDED** to the Honorable Smith Camp, Chief United States District Judge, that the Motion to Suppress Warrants (#25) and the Motion to Suppress (#27) be denied in all respects, as to both defendants.

    **FURTHER, IT IS ORDERED:**

    1.    The clerk shall cause a transcript of the hearing to be prepared and filed.

    2.    Pursuant to NECrimR 59.2, any objection to the magistrate's Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

    Dated this 21st day of August 2013.

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge