IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR58 |
| vs. | ) | |
| | ) | ORDER |
| LARRY K. CHRISTIANSEN and | ) | |
| MICHELLE C. CHRISTIANSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's Motion to Continue Trial [82] due to counsel's scheduling conflicts.. For good cause shown, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 7, 2014 is continued to **January 14, 2014 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska  United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Because this is a criminal case, defendants  must be present in person.

**DATED December 11, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**