IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR58 |
| vs. | ) | |
| | ) | ORDER |
| LARRY K. CHRISTIANSEN and | ) | |
| MICHELLE C. CHRISTIANSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion to continue trial [86]. This case originated on February 20, 2013. The court set trial for January 7, 2014 [81]. The government's motion to continue [82] was granted and trial was scheduled for January 14, 2014. Given the court's trial schedule and that defendants have had sufficient time to prepare for trial as well as review any plea negotiations, the motion to continue will be denied.

**IT IS ORDERED** that the motion to continue trial [86] is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 19, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**