**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**LARRY K. CHRISTIANSEN, and MICHELLE C. CHRISTIANSEN,**<br><br>　　　　　**Defendants.** | **CASE NO. 8:13CR58**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　This matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 104). Having reviewed the record in this case, the Court finds as follows:

　　　　A.　　The Defendants have entered into Plea Agreements (Filing No's. 98 and 100). Larry K. Christiansen has agreed to plead guilty to Counts II and III of the Indictment and admit the Forfeiture Allegation therein. Michelle C. Christiansen has agreed to plead guilty to Count II of the Indictment and admit the Forfeiture Allegation therein. Count II charged the Defendants with possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841. The Forfeiture Allegation alleged the Defendants used certain properties to facilitate that controlled substance violation and/or the properties were derived from proceeds obtained directly or indirectly as a result of the commission of that controlled substance violation.

B.  By virtue of said pleas of guilty, the Defendants forfeit their interests in the properties, and the United States should be entitled to possession the same, pursuant to 21 U.S.C. § 853.

C.  The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

1.  The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 104) is hereby sustained;

2.  Based upon the Forfeiture Allegation of the Indictment and the Defendants' pleas of guilty, the United States is hereby authorized to seize the following properties:

   a.  $146,197.00 in United States currency from a safe in the master bedroom at the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   b.  2007 Chevrolet Silverado 2500, VIN 1GCHK29647E522367, registered to Larry Christiansen, seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   c.  2011 Cadillac SRX, VIN 3GYFNEEY9BS673141, registered to Michelle Christiansen, seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   d.  $13,255.74, representing the net proceeds following the sale of the 2012 Chevrolet Corvette ZR1, VIN 1G1YM2DT0C5800210; said amount is currently in the possession of the U. S. Marshals Service.

   e.  2012 Harley Davidson FLSTF Fat Boy Motorcycle, VIN 1HD1BXV19CB050444, registered to Larry Christiansen, seized from 15705 Larimore Plaza, #3, Omaha, NE.

f. 2013 Harley Davidson FLS Softail Slim Motorcycle, VIN 1HD1JRV1XDB012222, registered to Larry Christiansen, seized from 15705 Larimore Plaza, #3, Omaha, NE.

g. Eight 100 Troy Ounce silver bars seized from 15705 Larimore Plaza, #3, Omaha, NE.

h. Seventy-four 1 Troy Ounce silver rounds seized from 15705 Larimore Plaza, #3, Omaha, NE.

i. Five 10 Troy Ounce silver bars seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

j. One 5 Troy Ounce silver bar seized from 15705 Larimore Plaza, #3, Omaha, NE.

k. Five 1 Troy Ounce silver bars seized from 15705 Larimore Plaza, #3, Omaha, NE.

l. Two 1 Troy Ounce gold American Buffalo gold coins seized from 15705 Larimore Plaza, #3, Omaha, NE.

m. One 1 Troy Ounce gold Canadian Maple Leaf gold coin seized from 15705 Larimore Plaza, #3, Omaha, NE.

n. Black Rain Ordinance .223 Caliber Rifle, Serial No. BR00396Z, seized from 7361 North 122nd Avenue Circle, Omaha, NE.

o. DPMS Panther Arms .223 Rifle, Serial No. 031274, seized from 15705 Larimore Plaza, #3, Omaha, NE.

p. Beretta CX4 Storm .45 cal Auto Machine Pistol, Serial No. CK03328, seized from 15705 Larimore Plaza, #3, Omaha, NE.

q. Black Rain Ordinance Rifle, Serial No. BR002455, seized from 15705 Larimore Plaza, #3, Omaha, NE.

r. Smith and Wesson MP-15 Rifle, Serial No. SW42156, seized from 15705 Larimore Plaza, #3, Omaha, NE.

3

    s.    HK MR762A1 Rifle, Serial No. 242-000320, seized from 15705 Larimore Plaza, #3, Omaha, NE.

    t.    Lot 21, in Deer Creek, a Subdivision, locally known as 7361 North 122nd Avenue Circle, Omaha, Douglas County, NE.

    u.    Lot 134, Pine Creek, a Subdivision, locally known as 16221 Young Street, Omaha, Douglas County, NE;

3. The Defendants' interests in the aforementioned properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

4. The properties described in paragraph B, above, are to be held by the United States in its secure custody and control;

5. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendants, having or claiming a legal interest in any of the subject properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

6. Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title

    or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought;

7.     The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified; and

8.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 1st day of April, 2014.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge