## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LARRY K. CHRISTIANSEN, and<br>MICHELLE C. CHRISTIANSEN,<br><br>　　　　　　　　Defendants. | 8:13CR58<br><br>ORDER |

This matter is before the Court on the Plaintiff's Motion to Vacate (Filing No. 130). Having reviewed the Motion and the record, the Motion will be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Vacate (Filing No. 130) is sustained;

2. That portion of the Court's Preliminary Order of Forfeiture (Filing No. 107) directing the United States to seize Lot 21, in Deer Creek, a Subdivision, locally known as 7361 North 122nd Avenue Circle, Omaha, Douglas County, Nebraska, and Lot 134, Pine Creek, a Subdivision, locally known as 16221 Young Street, Omaha, Douglas County, Nebraska, is hereby vacated;

3. That portion of the Court's Preliminary Order of Forfeiture forfeiting the Defendants' interests in said real properties is hereby vacated; and

4. All other aspects of the Court's Preliminary Order of Forfeiture remain in full force and effect.

Dated this 12th day of June, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge