**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO. 8:13CR58** |
| **vs.** | |
| **LARRY K. CHRISTIANSEN and MICHELLE C. CHRISTIANSEN,** | **FINAL ORDER OF FORFEITURE** |
| **Defendants.** | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 135).   The Court has reviewed the record in this case and finds as follows:

1.    On April 1, 2014, the Court entered a Preliminary Order of Forfeiture (Filing No. 107) pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendants' pleas of guilty to Count II and their admission to the Forfeiture Allegation.   By way of said Preliminary Order of Forfeiture and this Court's Orders January 28, 2014 (Filing No. 101) and June 12, 2014 (Filing No. 134), the Defendants' interests in the following properties were forfeited to the United States:

   a.    $146,197.00 in United States currency from a safe in the master bedroom at the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   b.    2007 Chevrolet Silverado 2500, VIN  1GCHK29647E522367, registered to Larry Christiansen, seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   c.    2011 Cadillac SRX, VIN 3GYFNEEY9BS673141, registered to Michelle Christiansen, seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

   d.    $13,255.74 currently held by the U.S. Marshals Service as a substitute *res* for the 2012 Chevrolet Corvette ZR1, VIN 1G1YM2DT0C5800210, registered to Larry Christiansen, seized from 7361 North 122 Avenue Circle, Omaha, NE.

e.    $5,317.94 currently held by the U.S. Marshals Service as a substitute *res* 2012 Harley Davidson FLSTF Fat Boy Motorcycle, VIN 1HD1BXV19CB050444, registered to Larry Christiansen, seized from 15705 Larimore Plaza, #3, Omaha, NE.

f.    $5,445.71 currently held by the U.S. Marshals Service as a substitute *res* 2013 Harley Davidson FLS Softail Slim Motorcycle, VIN 1HD1JRV1XDB012222, registered to Larry Christiansen, seized from 15705 Larimore Plaza, #3, Omaha, NE.

g.    Eight 100 Troy Ounce silver bars seized from 15705 Larimore Plaza, #3, Omaha, NE.

h.    Seventy-four 1 Troy Ounce silver rounds seized from 15705 Larimore Plaza, #3, Omaha, NE.

i.    Five 10 Troy Ounce silver bars seized from the residence of 15705 Larimore Plaza, #3, Omaha, NE.

j.    One 5 Troy Ounce silver bar seized from 15705 Larimore Plaza, #3, Omaha, NE.

k.    Five 1 Troy Ounce silver bars seized from 15705 Larimore Plaza, #3, Omaha, NE.

l.    Two 1 Troy Ounce gold American Buffalo gold coins seized from 15705 Larimore Plaza, #3, Omaha, NE.

m.    One 1 Troy Ounce gold Canadian Maple Leaf gold coin seized from 15705 Larimore Plaza, #3, Omaha, NE.

n.    Black Rain Ordinance .223 Caliber Rifle, Serial No. BR00396Z, seized from 7361 North 122nd Avenue Circle, Omaha, NE.

o.    DPMS Panther Arms .223 Rifle, Serial No. 031274, seized from 15705 Larimore Plaza, #3, Omaha, NE.

p.    Beretta CX4 Storm .45 cal Auto Machine Pistol, Serial No. CK03328, seized from 15705 Larimore Plaza, #3, Omaha, NE.

q.    Black Rain Ordinance Rifle, Serial No. BR002455, seized from 15705 Larimore Plaza, #3, Omaha, NE.

r.    Smith and Wesson MP-15 Rifle, Serial No. SW42156, seized from 15705 Larimore Plaza, #3, Omaha, NE.

s.    HK MR762A1 Rifle, Serial No. 242-000320, seized from 15705 Larimore Plaza, #3, Omaha, NE.

2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 5, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims  and Asset Forfeiture Actions.   A Declaration of Publication was filed on June 10, 2014 (Filing No.133).

3.    The Court has been advised by the United States no Petitions have been filed.   From a review of the Court file, the Court finds no Petitions have been filed.

4.    The Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A.    The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 135) is granted;

B.    All right, title and interest in and to the properties described in paragraph 1, above, held by any person or entity are forever barred and foreclosed;

C.    The properties described in paragraph 1, above, are forfeited to the United States of America; and

D.    The United States is directed to dispose of said properties in accordance with law.

DATED this 26th day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

3