IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR58 |
| v. | |
| LARRY K. CHRISTIANSEN, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Larry K. Christiansen's ("Christiansen") Motion for Early Termination of Supervised Release (Filing No. 142). Christiansen began his three-year term of supervised release on April 16, 2021. Christiansen has remained in compliance with the conditions of supervision for which he should be commended. The Probation Officer and the U.S. Attorney, however, oppose termination of supervised release at this time.

One of Christiansen's underlying convictions involves the use of firearms as a part of a drug-trafficking enterprise. Six weapons which were found in two separate residences were used as part of his drug-trafficking enterprise. Based on the charge of conviction and based upon Christiansen's history, his Motion for Early Termination of Supervised Release (Filing No. 142) is denied without prejudice.

IT IS SO ORDERED.

Dated this 12th day of December 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge